IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

George Bochetto, Esq.
Bochetto & Lenz
1524 Locust Street
Philadelphia, PA 19103
Tel. 215.735.3900
Attorney I.D. 27783

Thomas Sullivan, Esq.
Marks & Sokolov, LLC
1835 Market Street
Philadelphia, PA 19103
Tel. 215.569.8901
Attorney I.D. 63541

*Attorneys for Plaintiffs*

| | |
|---|---|
| BRUCE S. MARKS and MARKS, LLC d/b/a/ MARKS & SOKOLOV, LLC, <br><br> PLAINTIFFS, <br><br> V. <br><br> ALFA GROUP a/k/a/ CROWN FINANCE FOUNDATION, ALTIMO HOLDINGS & INVESTMENT LTD, and FINANCIAL DYNAMICS LTD, <br><br> DEFENDANTS. | Civil No. 2:08-cv-05651 |

### DECLARATION OF THOMAS SULLIVAN

Thomas Sullivan, Esq., pursuant to 28 U.S.C. §1746, hereby declares as follows:

1. I am an attorney admitted to practice in the Pennsylvania and New Jersey and am a member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania.

2. I am an attorney of the law firm of Marks and Sokolov, a professional corporation, counsel to Plaintiffs Bruce S. Marks and Marks, LLC d/b/a Marks & Sokolov, LLC (collectively "Marks") in this matter. I submit this Declaration in support of Plaintiffs' Cross-Motion to Declare Service Valid or to Permit Service by Alternative Means.

3. I am familiar with the facts set forth in this Declaration, either from personal knowledge or on the basis of public documents.

4. Attached hereto as Exhibit "A" is a true and complete copy of Alfa Capital Markets' Securities and Exchange Commission Form X-17A-5 downloaded from the Securities and Exchange Commission electronic filing system.

5. Attached hereto as Exhibit "B" is a true and correct copy of Federal Express receipt confirming the acceptance of the package containing a copy of the complaint and the summons at Crown's office address in Liechtenstein.

6. Attached hereto as Exhibit "C" is a true and correct copy of U.S. Department of State Summary on Leters Rogatory downloaded from U.S. Department of State Bureau of Consular Affairs web page at http://travel.state.gov/law/info/judicial/judicial_683.html.

7. Attached hereto as Exhibit "D" is a true and correct copy of pages from Process Service Network, an international service process provider, web page at http://www.processnet1.com/liechtenstein.htm.

8. Attached hereto as Exhibit "E" is a true and correct copy of court's order and hearing transcript in *Telenor Mobile Communications AS v. Storm LLC, et al.*, 07 Civ. 6929 (GEL) (S.D.N.Y. Mar. 11, 2009) (Lynch, J.).

9. Attached hereto as Exhibit "F" is a true and correct copy of U.S. Postal Service Track and Confirm email regarding package under the label number RA47 9021 249US.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 13 day of March, 2009

_____
Thomas Sullivan, Esq. (Attorney I.D. 63541)