# EXHIBIT B



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 26, 2009

Dear Customer:

The following is the proof-of-delivery for tracking number **866936433302**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 14 AM SCHRAEGEN WEG 9490<br>VADUZ 9490 |
| Signed for by: | .GRILZ | Delivery date: | Jan 20, 2009 13:42 |
| Service type: | Priority Pak | | |

*[signature]*

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 866936433302 | Ship date:<br>Weight: | Jan 17, 2009<br>1.2 lbs. |

**Recipient:**  
ALFA GROUP  
A/K/A CROWN FINANCE FOUNDATION  
AM SCHRAGEN WEG 14  
VADUZ 9490 CH

**Shipper:**  
ANNA V BROWN ESQ  
MARKS LAW OFFICES  
1835 MARKET ST FL 28  
1835 MARKET ST FL 28  
PHILADELPHIA, PA 191032915 US  
ALFA

Reference

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339