# EXHIBIT D



[ Home ] [ Up ] [ Afghanistan ] [ Albania ] [ Algeria ] [ American Samoa ] [ Anguilla ] [ Antigua ]
[ Argentina ] [ Armenia ] [ Aruba ] [ Australia ] [ Austria ] [ Bahamas ] [ Bahrain ] [ Bangladesh ] [ Barbados ]
[ Belarus ] [ Belgium ] [ Belize ] [ Bermuda ] [ Bolivia ] [ Bosnia ] [ Brazil ] [ Bulgaria ] [ Cambodia ] [ Canada ]
[ Cayman Islands ] [ Channel Islands ] [ Chile ] [ China ] [ Colombia ] [ Cook Islands ] [ Costa Rica ] [ Croatia ]
[ Cuba ] [ Cyprus ] [ Czech Republic ] [ Denmark ] [ Dubai ] [ Dominica ] [ Dominican Republic ] [ Egypt ]
[ El Salvador ] [ England ] [ Ecuador ] [ Estonia ] [ Fiji ] [ Finland ] [ France ] [ Germany ] [ Ghana ] [ Gibraltar ]
[ Great Britain ] [ Grenada ] [ Greece ] [ Guam ] [ Guatemala ] [ Haiti ] [ Honduras ] [ Hong Kong ] [ Hungary ]
[ Iceland ] [ India ] [ Indonesia ] [ Iran ] [ Iraq ] [ Ireland ] [ Isle of Man ] [ Israel ] [ Italy ] [ Jamaica ] [ Japan ]
[ Jordan ] [ Kazakhstan ] [ Kenya ] [ Korea ] [ Kuwait ] [ Lebanon ] [ Liberia ] [ Liechtenstein ] [ Luxembourg ]
[ Macau ] [ Malaysia ] [ Mauritius ] [ Mexico ] [ Monaco ] [ Mongolia ] [ Morrocco ] [ Namibia ] [ Nepal ]
[ Netherlands ] [ Netherland Antilles ] [ Nevis & St Kitts ] [ New Zealand ] [ Nicaragua ] [ Nigeria ] [ Norway ]
[ Pakistan ] [ Panama ] [ Paraguay ] [ Peru ] [ Philippines ] [ Poland ] [ Portugal ] [ Puerto Rico ] [ Romania ]
[ Russia ] [ St Vincent ] [ Saudi Arabia ] [ Scotland ] [ Singapore ] [ South Africa ] [ South Korea ] [ Spain ]
[ Sweden ] [ Switzerland ] [ Taiwan ] [ Thailand ] [ Trinidad ] [ Turkey ] [ UAE ] [ Ukraine ] [ United Kingdom ]
[ Uruguay ] [ Venezuela ] [ British Virgin Islands ] [ Virgin Islands U.S. ] [ Vietnam ] [ Zimbabwe ]

# Process Service Guaranteed

## International Service Up-date

Home
Up

### Liechtenstein

*Process Service Network* is one of a few firms that specializes in international service of process and offers competitive rates on foreign services. Here is a summary of the methods available for service outside the United States and a specific proposal for the requested nation.

Our job is to cut through the bureaucracy and red tape to get the service completed with as little delay as possible. Since we have been in business for 28 years, we have developed close working relationships with key individuals in most countries throughout the world. The founder and President of *Process Service Network* was a Political Science major in college with a focus on international relations and is actively involved in a worldwide organization through which he has developed business and personal relationships in over 80 nations worldwide.

**FORMAL SERVICE:**

**LIECHTENSTEIN** is <u>not</u> a signer of The Hague Service Convention. However, for information only, many countries are signatories to *The Hague Service Convention* (treaty) that governs service of process to be effected between participating nations. Service may be made by formal service through the Central Authority which itself arranges for service by methods prescribed in that country. Documents to be served in accordance with this method <u>*must*</u> be translated into the official language of the country where the documents will be served. The time frame can range from 2 to 15 months. For "formal service," see Letters Rogatory below.

        Advantage:     Enforceable judgment.

        Disadvantage:  Time delay and cost.

**INFORMAL SERVICE:**

Private process servers may serve documents in most countries, whether a signer of *The Hague Service Convention*, or not. Service is normally handled in a manner similar to methods used in the United States, although completion of the service usually takes longer. Customs and traditions in other countries tend to lead to a slower pace and less rigid work habits, particularly in the European nations. Service sometimes may take several months but informal service is generally much faster than the formal method. Most process servers who we employ are off-duty police officers or other government officials who are able to, in certain cases, exercise their official capacity to complete the service. Since we pay the process server a bonus (at our own expense) for prompt service, the normal delays are usually reduced.

Advantage:     Time and cost.

Disadvantage:  Judgment may not be enforceable in the country where assets are located.

## LETTERS ROGATORY:

*Letters Rogatory* is a request from a court in the United States to a court in a foreign country requesting international judicial assistance related to service of process. This method is time consuming, cumbersome, and should be used only when other options are not available. It should be used if this is the only defendant and if attachment of assets will be necessary only in that country. This method is recommended by the U.S. State Department if enforcement of the U.S Court action is anticipated. Fees for this method of service are generally 100-500% higher than other methods.

Advantage:     In effect, creates a case in the country where the documents are served and makes judgment enforceable.

Disadvantage:  Time delays and costs.

## TRANSLATIONS:

Some countries require the documents to be translated into the official language of the nation where they are to be served. GERMAN is the official language. The U.S. State Department *recommends* translation, even if the party is fluent in English, and it is a requirement if Letters Rogatory is the method used.

## COSTS:

Service of process:

Informal =         $ 825.00

Letters Rogatory = $1975.00 (plus Consular fees, if required)

All fess are per defendant/address

Translation:        $0.38 per word (proper nouns not translated)

## DISCLAIMER:

The information contained herein is provided for general information only and may not be accurate at the time of service in a particular case or country. Questions involving specific services should be directed to our office. Care should be exercised in choosing the method of service (formal/informal) if eventual enforcement of a U.S. judgment is anticipated in the country where the documents are to be served. No legal

advice is intended in the statements contained herein or by any of our agents. Assignments for international service of process are accepted on the basis that the assigning law firm has researched all applicable laws. Process Service Network and its agents assume no liability for its actions in the course of any phase of the service of process assignment.

---

**Process Service Network**™ is a registered trademark. Copyright @1998- 2009. All rights reserved.

**Phone:** (800)4-1-PROCESS  or  **(800)417-7623**  or  (818)772-4796

**Fax:**   (818)772-4797

Make check payable to:   **Process Service Network**

**Mailing address:**   20832 Roscoe Blvd. #110, Winnetka, CA 91306

**E-mail:  processnet@sbcglobal.net**

**U.S. Government CAGE No: 5ACG6**



*Specializing in International Service and "hard-to-serve" cases*



**Here's what we will need to serve your documents:**

1. **Three (3) sets of the documents to be served** (all copies are okay); OR **email attachment in PDF format** (we'll make the copies if we're doing the translation)

2. **A brief letter of instructions**, including the service address and requested method of service (formal or informal)

3. **Payment** for the service fees. If translation is required, we will bill you for the translation after that phase is completed

4. It's that simple!

A note about copies: There is no charge for copies made if sent via email attachment or fax if translation is being done by us. However, service documents sent to us via email or fax for regular domestic assignments are subject to a $.25/page copy fee. Copy fees are waived for documents to be translated.

---

\* Guaranteed service means we will serve the documents at the address provided, if service is legally possible. Dated documents may require a re-set of the court date if unable to serve in time. Additional charge will apply for additional addresses and attempts on dated documents after re-set. Guarantee does not apply to investigations, out-of-area process service, small claims cases, documents with specific court dates, or international service of process due to circumstances that may occur beyond our control or in certain nations and we cannot be responsible for such circumstances. Service outside the U.S. is often slow and cumbersome; we cannot guarantee the stated timeframes since they are based on prior experience and circumstances changes without notice. <u>No refunds will be made after institution of any assignment, for any reason</u>. All fees are due and payable upon demand. Financial obligation is not relieved due to non-payment and non-payment cannot be construed as a waiver of contract, or cancellation of services, for assignments made to our firm. Services will not be completed until all fees are paid; fee obligation remains in effect even though payment has not been made. Our fees cover all known governmental fees in foreign nations and our fee to handle the service; in rare cases, extra charges may apply to cover governmental agency fees, example: China. There is an Embassy fee of $735.00 per defendant on all Letters Rogatory assignments. Accounts that are not paid by the established deadlines are subject to civil action to collect the amount due, plus costs, and attorneys fees (if applicable). The court of jurisdiction is Los Angeles County, California.

Note: **We've been doing it for 31 years, so we must be doing it right.**

*Celebrating 31 years of service to the legal profession*

 

pro cess servers Los  Angeles, proc e Quebe c, process servers
Montreal, process servers
Last modified: Tuesday February 10, 2009ss servers Sacramento, process servers Arkansas, process servers Alaska, process servers Colorado, process servers Connecticut, ss servers Washington, DC, process servers West Virginia, process servers Wisconsin, process servers Wyoming, process servers Chatsworth