**EXHIBIT F**

## Octavia Danielson

**From:** "U.S._Postal_Service_" <U.S._Postal_Service@usps.com>
**To:** <odanielson@mslegal.com>
**Sent:** Thursday, February 19, 2009 2:03 PM
**Subject:** U.S. Postal Service Track & Confirm email Restoration - RA47 9021 249U S

This is a post-only message. Please do not respond.

Octavia Danielson has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: RA47 9021 249U S

Service Type: Bound Printed Matter Registered

| Shipment Activity | Location | Date & Time |
| --- | --- | --- |
| Attempted Delivery Abroad | SWITZERLAND | 01/07/09 6:54am |
| Attempted Delivery Out of Foreign Customs | SWITZERLAND | 12/28/08 1:32pm |
| Arrived Abroad | SWITZERLAND | 12/28/08 1:32pm |
| International Dispatch | UNITED STATES | 12/19/08 8:50am |
| Acceptance | PHILADELPHIA PA 19106 | 12/16/08 11:23am |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm