# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

George Bochetto, Esq.
Bochetto & Lenz
1524 Locust Street
Philadelphia, PA 19103
T    215.735.3900
Attorney I.D. 27783

Thomas Sullivan, Esq.
Marks & Sokolov, LLC
1835 Market Street
28th Floor
Philadelphia, PA 19103
T    215.569.8901
Attorney I.D. 63541
*Attorneys for Plaintiffs*

| | |
|---|---|
| BRUCE S. MARKS and<br>MARKS, LLC d/b/a/<br>MARKS & SOKOLOV, LLC,<br><br>    PLAINTIFFS,<br><br>V.<br><br>ALFA GROUP a/k/a/<br>CROWN FINANCE FOUNDATION,<br>ALTIMO HOLDINGS &<br>INVESTMENT LTD, and<br>FINANCIAL DYNAMICS LTD,<br><br>    DEFENDANTS. | Civil No. 2:08-cv-05651<br><br>JURY TRIAL DEMANDED<br><br>**CERTIFICATE OF SERVICE**<br>**CROSS-MOTION TO DECLARE**<br>**SERVICE VALID OR TO PERMIT**<br>**SERVICE BY ALTERNATIVE MEANS** |

## CERTIFICATE OF SERVICE

I, Thomas C. Sullivan, Esquire, hereby certify that on the date below, a true and correct copy of the foregoing Cross-Motion to Declare Service Valid or to Permit Service by Alternative Means and Plaintiffs' Memorandum of Law in Support of Cross-Motion to Declare Service Valid or to Permit service by Alternative Means was filed electronically with the Clerk

of the Court in the United States District Court for the Eastern District of Pennsylvania and was served by regular U.S. postal service mail to the following:

John G. Harkins, Jr., Esq.
Harkins Cunningham
2800 Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
*Attorneys for Defendant Altimo Holdings & Investment Ltd. – Assigned 1/26/09*

Eleanor Morris Illoway, Esq.
Harkins Cunningham LLP
2800 Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
*Attorneys for Defendant Altimo Holdings & Investment Ltd. – Assigned 2/4/09*

Alexander Kerr, Esq.
McCarter & English, LLP
Mellon Bank Center
1735 Market Street
Suite 700
Philadelphia, PA 19103
*Attorney for Defendant Financial Dynamics, Ltd. – Assigned 2/9/09*

Kenneth T. Kline, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
*Attorneys for Altimo Holdings & Investments Limited – Assigned 2/10/09*

Ronald S. Rolfe, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019
*Attorneys for Altimo Holdings & Investments Limited – Assigned 2/10/09*

Lisa M. Salazar, Esq,
McCarter and English, LLP
1735 Market Street
Suite 700
Mellon Bank Center
Philadelphia, PA 19103
*Attorney for Defendant Financial Dynamics, Ltd. – Assigned 1/26/09*

Tara Tune, Esq.
Cravath Swaine & Moore
825 Eighth Avenue
New York, NY 10019-7475
*Attorneys for Defendant Altimo Holdings & Investment Ltd. – Assigned 2/10/09*

Date: <u>March 13, 2009</u>　　　　　　　　　By:　<u>/s/ Thomas C. Sullivan</u>
　　　　　　　　　　　　　　　　　　　　　　　　　Thomas C. Sullivan, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　MARKS & SOKOLOV, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　1835 Market Street
　　　　　　　　　　　　　　　　　　　　　　　　　28th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　　　　(215) 569-8901
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　　　Bruce S. Marks and
　　　　　　　　　　　　　　　　　　　　　　　　　Marks, LLC d/b/a
　　　　　　　　　　　　　　　　　　　　　　　　　Marks & Sokolov, LLC