IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE S. MARKS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALFA GROUP, et al. | : | NO. 08-5651 |

<u>ORDER</u>

AND NOW, this 11th day of May, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Crown Finance Foundation under Rule 12(b)(5) of the Federal Rules of Civil Procedure insofar as it seeks to dismiss for failure to effect proper service is DENIED; and

(2) the cross-motion of plaintiffs Bruce S. Marks and Marks, LLC, doing business as Marks & Sokolov, LLC, to declare service valid or to permit service by alternative means is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.