IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRUCE S. MARKS, et al.            :         CIVIL ACTION
                                  :
          v.                      :
                                  :
ALFA GROUP, et al.                :         NO. 08-5651

ORDER

AND NOW, this 25th day of June, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants Altimo Holdings & Investments Ltd., Crown Finance Foundation, and Financial Dynamics, Ltd., to dismiss the complaint under Rule 12(b)(2) of the Federal Rules of Civil Procedure is GRANTED; and

(2)  the complaint of plaintiffs Bruce S. Marks and Marks, LLC, doing business as Marks & Sokolov, LLC, is DISMISSED for lack of personal jurisdiction.

BY THE COURT:

/s/ Harvey Bartle III
                                            C.J.